UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

     Plaintiff,

v.

THAKORBHAI J. PATEL, in individual and representative capacity as trustee of the Patel T J 2004 Family Trust; SHANTIBEN PATEL, in individual and representative capacity as trustee of the Patel T J 2004 Family Trust; and Does 1-10,

     Defendants.

Case: 2:17-CV-00420-JAM-KJN

**ORDER OF DISMISSAL FOR THAKORBHAI J. PATEL ONLY**

## ORDER

    Defendant THAKORBHAI J. PATEL, in individual and representative capacity as trustee of the Patel T J 2004 Family Trust is hereby ordered dismissed without prejudice.

Dated: 3/24/2017      /s/ John A. Mendez_____
              HONORABLE JOHN A. MENDEZ
              UNITED STATES DISTRICT COURT JUDGE

1